**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMIYIA BRIGHTWELL,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No. 2:26-cv-141** |
| | : | |
| **v.** | : | **Judge Algenon L. Marbley** |
| | : | |
| **FRANKLIN COUNTY OHIO,** *et al.*, | : | **Magistrate Judge S. Courter M. Shimeall** |
| | : | |
| **Defendants.** | : | |

## ORDER

On May 6, 2026, the United States Magistrate Judge issued a Report and Recommendation in this case (ECF No. 7), recommending that the Court dismiss Plaintiff's case without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) for failure to state a claim for relief.  Plaintiff was advised of her right to object to the Report and Recommendation within fourteen days and of the consequences of their failure to do so.  (*Id.* at 9–10).  No objection has been filed.  Since Plaintiff has not objected, and the deadline for such objections elapsed on May 20, 2026, based upon this Court's independent review, this Court **ACCEPTS** the Magistrate Judge's Report and Recommendation.  This case is hereby **DISMISSED** without prejudice.  The Clerk of Court is **DIRECTED** to close the case.

The Court **CERTIFIES** that an appeal of this Order would not be taken in good faith and should not be permitted to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED:  JUNE 2, 2026**

1